UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:  Marion Elliott-Cole

CASE NO: 15-07297

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 2/18/2016, a copy of the following documents, described below,

Order Denying Confirmation and Dismissing Case,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2016

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kelly Remick
Chapter 13 Standing Trustee
PO Box 6099
Sun City Center, FL  33571

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
113A-8
CASE 8-15-BK-07297-KRM
MIDDLE DISTRICT OF FLORIDA
TAMPA
THU FEB 18 11-03-49 EST 2016

*DEBTOR*

MARION ELLIOTT-COLE
20614 GREAT LAUREL AVENUE
TAMPA FL 33647-3271

GTE FEDERAL CREDIT UNION
LAW OFFICES OF DANIEL C. CONSUEGRA
9210 KING PALM DRIVE
TAMPA FL 33619-8332

*EXCLUDE*

~~K. RODNEY MAY~~
~~TAMPA~~

WILLOW BEND AT LIVE OAK PRESERVE
ASSOCIATION
SHUMAKER LOOP & KENDRICK LLP
101 E KENNEDY BLVD. SUITE 2800
TAMPA FL 33602-5153

AMERICAN EXPRESS
PO BOX 3001
16 GENERAL WARREN BLVD
MALVERN PA 19355-1245

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CALVARY PORTFOLIO SERVICES
ATTENTION- BANKRUPTCY DEPARTMENT
500 SUMMIT LAKE DR. SUITE 400
VALHALLA NY 10595-1340

CHASE CARD
PO BOX 15298
WILMINGTON DE 19850-5298

DT CREDIT COMPANY
PO BOX 29018
PHOENIX AZ 85038-9018

DANIEL C. CONSUEGRA
9204 KING PALM DRIVE
TAMPA FL 33619-8331

DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE FL 32314-6668

DISCOVER BANK
FINANCIAL RECOVERY SERVICES
P.O. BOX 385908
MINNEAPOLIS MN 55438-5908

GTE FEDERAL CREDIT UNION CO CENLAR
FSB
425 PHILLIPS BLVD.
EWING NEW JERSEY 08618-1430

GTE FINANCIAL
711 E. HENDERSEN
TAMPA FL 33602-2509

IRS
PO BOX 16226
PHILADELPHIA PA 19114-0226

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

LIVE OAK PRESERVE
4131 GUNN HIGHWAY
TAMPA FL 33618-8725

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

UNITED STATES ATTORNEY
400 WEST WASHINGTON STREET
SUITE 3100
ORLANDO FL 32801-2440

WILLOW BEND AT LIVE OAK
1021 OAK STREET
JACKSONVILLE FL 32204-3905

*CM/ECF E-SERVICE*

UNITED STATES TRUSTEE - TPA713 7+
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

*CM/ECF E-SERVICE*

ELLA ROBERTS +
ALBERTELLI LAW
POST OFFICE BOX 23028
TAMPA FL 33623-2028

*CM/ECF E-SERVICE*

G THOMAS CURRAN JR+
SHUMAKER LOOP & KENDRICK LLP
101 E. KENNEDY BLVD. SUITE 2800
TAMPA FL 33602-5153

*EXCLUDE*

~~KELLY REMICK +~~
~~CHAPTER 13 STANDING TRUSTEE~~
~~POST OFFICE BOX 6099~~
~~SUN CITY FL 33571-6099~~

*CM/ECF E-SERVICE*

ROBERTO D DELEON +
KAUFMAN ENGLETT & LYND PLLC
150 N. ORANGE AVENUE SUITE 100
ORLANDO FL 32801-2317

*CM/ECF E-SERVICE*

REBBECCA A GOODALL +
SHUMAKER LOOP & KENDRICK LLP
101 E. KENNEDY BLVD.
TAMPA FL 33602-5153

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CM/ECF E-SERVICE*

 NOTE- ENTRIES WITH A  +  AT THE END
OF THE
 NAME HAVE AN EMAIL ADDRESS ON FILE IN
CMECF